IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARRETT MELTON; J.D.C. CONSTRUCTION, LLC; PEELER'S PINK SALMON WILD ALASKAN CAUGHT, LLC; and MAXWELL PEELER,<br><br>　　　　　Defendants. | CV 22-115-M-DLC-KLD<br><br>ORDER |

　　　　Defendants Maxwell Peeler and Peeler's Pink Salmon Wild Alaskan Caught, LLC have filed an unopposed motion to stay these proceedings pending settlement negotiations in the underlying case. Good cause appearing,

　　　　IT IS ORDERED that the motion to stay is GRANTED and this matter is stayed. The October 5, 2022 preliminary pretrial conference scheduled and related deadlines are vacated.

//

//

//

1

IT IS FURTHER ORDERED that the parties must provide a status report to the Court on or before February 15, 2023.

DATED this 28th day of September, 2022.

                                                    Kathleen L. DeSoto
                                                    United States Magistrate Judge