IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AUSTIN MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>GARRETT MELTON; J.D.C CONSTRUCTION, LLC; PEELER'S PINK SALMON WILD ALASKSAN CAUGHT, LLC; and MAXWELL PEELER,<br><br>    Defendants. | CV 22–115–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulation for Dismissal without Prejudice. (Doc. 33.) For good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. The Clerk is directed to close this case file.

DATED this 8th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court